Angelique **FIGUEROA**, Plaintiff–
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST
COMPANY, As Trustee For GSR
Mortgage Loan Trust 2007–OA1,
Mortgage Pass Through Certificates
Series 2007–OA1, Defendant–Appellee.**

No. 13–1952.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 19, 2013.

Angelique Figueroa, Appellant Pro Se.
Christopher Michele Corchiarino, Goodell
Devries Leech & Dann, LLP, Baltimore,
Maryland, for Appellee.

Before KING, GREGORY, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Angelique Figueroa appeals the district
court's order dismissing her complaint for
failure to state a claim. *See* Fed.R.Civ.P.
12(b)(6). We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Figueroa v. Deutsche Bank
Nat'l Trust Co.*, No. 1:13–cv–00592–AJT–
TRJ (E.D.Va. July 10, 2013). We dispense
with oral argument because the facts and

legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*AFFIRMED.*